UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESSE M. VALDEZ,<br><br>Defendant. | Case No. 1:22-po-00264-SAB<br><br>[Citation #9072748 CA/74]<br><br>MOTION AND ORDER FOR DISMISSAL |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Chan Hee Chu, Special Assistant United States Attorney, hereby moves to dismiss Case No. 1:22-po-00264-SAB [Citation #9072748 CA/74] against JESSE M. VALDEZ, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: December 12, 2022              Respectfully submitted,

                                                PHILLIP A. TALBERT
                                              United States Attorney

                                   By:   /s/ *Chan Hee Chu*
                                              CHAN HEE CHU
                                              Special Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that Case No. 1:22-po-00264-SAB [Citation #9072748 CA/74] against JESSE M. VALDEZ be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:  **December 12, 2022**

UNITED STATES MAGISTRATE JUDGE